**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**JORGE ALEXIS CINTRON SANTANA**<br>**xxx−xx−8254**<br><br>Debtor(s) | Case No. **21−02432 MAG**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 1/12/23 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion Requesting Authorization for Use of Special Government Bonus filed by Debtor, docket #29.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.
In Ponce, Puerto Rico, this Thursday, January 12, 2023 .

MARIA DE LOS ANGELES GONZALEZ
United States Bankruptcy Judge